# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Roanoke Division

| | |
|---|---|
| **PRISCILLA CASSELL,** | |
| **Plaintiff,** | |
| v. | Case No. 7:19-CV-00008 |
| **DIVERSIFIED CONSULTANTS, INC.,** | |
| **Defendant.** | |

## NOTICE OF SETTLEMENT

Plaintiff Priscilla Cassell and Defendant Diversified Consultants, Inc., by counsel, hereby notify the Court that the aforementioned parties have settled Plaintiff's claims. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement and file a Dismissal in this matter.

Respectfully submitted,<br>
Priscilla Cassell<br>
By Counsel

__s/___Dale W. Pittman_____
By: Dale W. Pittman, VSB#15673
Counsel for Priscilla Cassell
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

And I hereby certify that I have sent electronically the document to the following non-filing users:

>Brent E. Bartholomew, Esquire
>Sessions, Fishman, Nathan & Israel
>3850 N. Causeway Blvd., Suite 200
>Metairie, LA 70002
>bbartholomew@sessions.legal
>
>William Bayliss, Esquire
>Williams & Mullen
>200 South 10th Street
>Richmond, VA 23219
>bbayliss@williamsmullen.com
>
>Counsel for Defendant

_/s/_ Dale W. Pittman_____
Dale W. Pittman, VSB #15673
Attorney for Priscilla Cassell
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com